# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:18-cv-01375-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

  On October 5, 2018, Petitioner Christopher Allan Tobin, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing requests for appointment of counsel to represent him (Doc. No. 1) and to proceed *in forma pauperis* (Doc. No. 2).

  On October 10, 2018, the Court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel and granting Petitioner's request to proceed *in forma pauperis*.

  On October 18, 2018, the Selection Board recommended that the Federal Defender be appointed as sole counsel to represent Petitioner.

  On October 19, 2018, Deputy Attorney General Galen Neale Farris filed his notice of

appearance on behalf of Respondent, Ron Davis, Warden of California State Prison at San Quentin.

The Court will adopt the recommendation of the Selection Board.

Accordingly,

1. The Federal Defender is appointed as counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c).
2. The Clerk of the Court is directed to file under seal the Selection Board's October 18, 2018 letter to the Court.
3. The Clerk of the Court is directed to serve copies of this order on the Federal Defender, 801 I Street, Third Floor, Sacramento, California, 95814, (Ph.) 916-498-6666, (Fax.) 916-498-6656, (Email) Kelly_culshaw@fd.org; Ron Davis, Warden of San Quentin State Prison, San Quentin, CA 94964; and Galen Neale Farris, Deputy Attorney General, 1300 I Street, Suite 125, Sacramento, California, 94244-2550, (Ph.) 916-210-7769, (Fax.) 916-324-2960, (Email) Galen.Farris@doj.ca.gov.

IT IS SO ORDERED.

Dated: __**October 22, 2018**__

UNITED STATES MAGISTRATE JUDGE