UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:18-cv-01375-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference<br><br>Date: November 9, 2018<br>Time: 3:30 p.m.<br>Courtroom: 9<br><br>Judge: Hon. Stanley A. Boone |

On October 5, 2018, Petitioner Christopher Allan Tobin, a state prisoner facing capital punishment, began this action pursuant to 28 U.S.C. § 2254 by filing requests for appointment of counsel to represent him (Doc. No. 1) and to proceed *in forma pauperis* (Doc. No. 2).

On October 10, 2018, the Court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel and granting Petitioner's request to proceed *in forma pauperis*. (Doc. No. 6.)

On October 19, 2018, Deputy Attorney General Galen Neale Farris filed his notice of appearance on behalf of Respondent, Ron Davis, Warden of California State Prison at San Quentin. (Doc. No. 8.)

On October 23, the Court appointed the Federal Defender to represent Petitioner in this

1

proceeding. (Doc. No. 9.) On that same date, Assistant Federal Defenders Lindsay N. Bennett and Carrie L. Ward filed their notice of appearance on behalf of Petitioner. (Doc. No. 10.)

Accordingly,

1. On November 9, 2018, at 3:30 p.m., the undersigned will hold the initial case management conference. The parties may appear by teleconference. Counsel are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

2. Petitioner's counsel shall be prepared to discuss the due date for filing the federal habeas petition pursuant to 28 U.S.C. § 2254 and any intention of seeking tolling.

3. Respondent's counsel shall be prepared to discuss a date for filing the answer or other responsive pleading as well as setting a date for electronic lodging of the state court record as described in Local Rule 191(h)(1) and consistent with the timeframe provided therein. The Court's expectation regarding lodging the state record is that:

    a. Respondent's counsel shall file a Notice of Lodging and lodge the state court record in electronic (optical character recognition) format on the Court's electronic filing system, each item of the state court record shall be lodged as an attachment to the Notice of Lodging, for each separate attachment the Notice of Lodging shall identify the attachment number and the Bate-stamp numbers and the name of that part of the record including its internal pagination if any, the identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging, to the extent possible each separate paper volume of the state court record shall be lodged as one attachment,

    b. State sealed records shall be lodged in paper form, and

///

///

c. Respondent's counsel need not lodge the state court record on CDs and courtesy copies on CD are not required.

IT IS SO ORDERED.

Dated: __**October 29, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE