UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:18-cv-01375-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING STATUS CONFERENCE RE EXHAUSTION<br><br>Hearing on Exhaustion Motion(s)<br><br>Date: April 17, 2020<br>Time: 10:00 a.m.<br>Courtroom: 9<br><br>Judge: Hon. Stanley A. Boone |

The undersigned held a status conference on November 12, 2019 at 3:00 p.m. in Department 9. Assistant Federal Defenders Lindsay N. Bennett and Carrie L. Ward appeared for Petitioner, Christopher Allan Tobin. Deputy Attorney General Galen Neale Farris appeared for Respondent, Ronald Davis. All counsel appeared telephonically.

Counsel advised the Court that they met and conferred on exhaustion issues. Counsel argued their respective positions and preferences going forward relating to potentially unexhausted claims asserted in the petition filed in this proceeding on September 26, 2019.

Accordingly, the Court, having considered the parties' arguments and the record in this proceeding and for the reasons stated on the record and good cause shown, provides further scheduling, as follows:

1

1. By not later than January 31, 2020: (i) Respondent shall file any motion to dismiss claims and aspects thereof on grounds of failure to exhaust in state court, and (ii) Petitioner shall file any motion to stay this proceeding for state exhaustion.

2. By not later than March 13, 2020, any opposition to the motion(s) shall be filed.

3. By not later than April 3, 2020, any reply to opposition shall be filed.

4. The currently scheduled March 26, 2020 deadline for Respondent to file his answer to the federal petition is vacated.

5. Hearing on the motion(s) is set for April 17, 2020 at 10:00 a.m. before the undersigned. Counsel shall appear telephonically and are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to obtain the teleconference code.

6. If neither party motions for relief by the above deadline, the Court will set a status conference shortly after the January 2020 deadline.

The parties are advised that the Court will view any request to extend the above timeline with disfavor absent reasonably unforeseeable and unavoidable circumstances showing good cause for an extension of time.

IT IS SO ORDERED.

Dated: **November 14, 2019**

UNITED STATES MAGISTRATE JUDGE