UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:18-cv-01375-NONE-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER VACATING APRIL 17, 2020 HEARING ON RESPONDENT'S MOTION TO DISMISS |

　　The Court, having reviewed Respondent's motion to dismiss the petition for writ of habeas corpus (ECF No. 29), Petitioner's opposition to the motion (ECF No. 32), Respondent's reply to the opposition (ECF No. 33) and the record in this proceeding, finds the motion suitable for decision without a hearing.

　　Accordingly, the hearing on Respondent's motion to dismiss set for April 17, 2020 at 10:00 a.m. in Department 9 before the undersigned is vacated and the matter taken under submission.

IT IS SO ORDERED.

Dated: __April 10, 2020__

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1