# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:18-cv-01375-LJO-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER PROVIDING FURTHER SCHEDULING REGARDING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

       On August 13, 2020, the Court issued Findings and Recommendations on Respondent's motion to dismiss the petition for writ of habeas corpus filed in this proceeding, on grounds certain of the claims are unexhausted. Therein, the Court provided a schedule for Petitioner to file objections. The Court did not provide a schedule for objections by Respondent, or for responses to objections by either party. Petitioner timely filed objections on September 14, 2020.

       Accordingly, Respondent shall file any objections to the Findings and Recommendations, and any response to Petitioner's objections, by not later than fourteen (14) days following the filed date of this order. Petitioner shall file any response to Respondent's objections, if any there be, by not later than fourteen (14) days following service of the

1

objections.

IT IS SO ORDERED.

Dated: **September 18, 2020**

UNITED STATES MAGISTRATE JUDGE