UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>   Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>   Respondent.[1] | Case No. 1:18-cv-01375-NONE-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR STAY AND ABEYANCE<br><br>(ECF No. 43) |

Before the Court is a motion brought by Petitioner, through counsel, Assistant Federal Defenders Samuel Sweeney and Karl Saddlemire, to extend the deadline for filing his motion for stay and abeyance pursuant to *Rhines v. Webber*, 544 U.S. 269 (2005) from June 26, 2021 to August 27, 2021. This extension of time is necessary due to Mr. Sweeney's responsibilities in other matters, Mr. Saddlemire's recent substitution- in as appointed co-counsel and consequent need to familiarize himself with the proceeding, and the California Supreme Court's anticipated July 2021 decision in *In Re Friend*, S256914 providing guidance on the nature and scope of claims that remain suitable for a successive California habeas petition.

---

[1] Ron Broomfield, Acting Warden of San Quentin State Prison, is substituted for Ronald Davis, former Warden of San Quentin State Prison, pursuant to Federal Rules of Civil Procedure 25(d).

1

1   Mr. Sweeney represents that counsel for Respondent, Deputy Attorney General Galen
2   Farris, does not object to the requested extension.
3   The court finds good cause to grant the instant motion.
4   Accordingly, Petitioner's unopposed motion to extend the deadline for filing his motion
5   for stay and abeyance pursuant to *Rhines* (ECF No. 43) is granted to and including August 27,
6   2021.

IT IS SO ORDERED.

Dated:   **June 16, 2021**

UNITED STATES MAGISTRATE JUDGE