UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>Petitioner,<br><br>v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>Respondent.[1] | Case No. 1:18-cv-01375-NONE-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S MOTION FOR STAY AND ABEYANCE |

The record reflects that on August 27, 2021, Petitioner, through counsel, filed a motion for stay and abeyance pursuant to Rhines v. Webber, 544 U.S. 269 (2005). (ECF No. 45.) The motion has not been set for hearing.

Accordingly, Respondent shall file his response to the instant motion by not later than thirty (30) days following the filed date of this order. Petitioner's reply shall be filed by not later than fifteen (15) days from the filed date of the response. Thereupon, the matter shall be deemed

---

[1] Ron Broomfield, Acting Warden of San Quentin State Prison, is substituted for Ronald Davis, former Warden of San Quentin State Prison, pursuant to Federal Rules of Civil Procedure 25(d).

1

submitted and the parties will be notified by minute order if a hearing is necessary.[2]

IT IS SO ORDERED.

Dated: __**September 7, 2021**__

UNITED STATES MAGISTRATE JUDGE

---

[2] See Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California, and General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/