UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent.[1] | Case No. 1:18-cv-01375-NONE-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 50) |

    Petitioner Christopher Allen Tobin, a state prisoner convicted and sentenced to death in the Tulare County Superior Court by judgment entered on April 24, 1990, proceeds through appointed counsel, Assistant Federal Defenders Jonathan Samuel Sweeney and Karl Saddlemire, on the habeas corpus petition filed in this court pursuant to 28 U.S.C. § 2254 on September 26, 2019. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Before the court is a motion pursuant to *Rhines v. Webber*, 544 U.S. 269 (2005) filed on August 27, 2021 by counsel on behalf of petitioner to stay these federal proceedings and hold them in abeyance of state court exhaustion of claims in the mixed federal petition. (Doc. No. 45.)

---

[1] Ron Broomfield, Acting Warden of San Quentin State Prison, is substituted for Ronald Davis, former Warden of San Quentin State Prison, pursuant to Federal Rules of Civil Procedure 25(d).

1

On November 17, 2021, the magistrate judge issued findings and recommendations recommending that the court find petitioner has satisfied *Rhines's* requirements, and that these proceedings be stayed for exhaustion proceedings in state court. (Doc. No. 50, at 1-2, 14.)

The findings and recommendations were served on the parties on November 17, 2021, and contained notice that any objection by either party was to be filed within fourteen (14) days of the order's date of service. (*Id.* at 14.) Neither party has objected or otherwise responded to the findings and recommendations and the time for do so has passed.

In accordance with the provisions of 28 U.S.C. § 636, the court has conducted a *de novo* review of the pending case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the November 17, 2021 findings and recommendations are adopted in full. The motion to stay these proceedings and hold them in abeyance of state exhaustion proceedings (Doc. No. 45) is granted. Any and all scheduled dates are vacated. Petitioner shall file his state exhaustion petition within thirty (30) days of service of this order, and inform the court within thirty (30) days of a decision by the state court on the exhaustion petition.

IT IS SO ORDERED.

Dated:   **December 3, 2021**

UNITED STATES DISTRICT JUDGE

2