# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN TOBIN,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin,<br><br>Respondent.[1] | Case No.  1:18-cv-01375-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT |

A review of the record reflects that on December 3, 2021, the Court issued an order staying these federal proceedings and holding them in abeyance of state exhaustion proceedings.  (Doc. 51.)  The Court, on January 28, 2022, issued an order granting Petitioner's request to extend the deadline for filing his state exhaustion petition to and including March 3, 2022, providing therein that Petitioner shall inform the Court within thirty (30) days of a decision by the state court on the exhaustion petition.  (Doc. 56.)

///

///

///

---

[1] Ron Broomfield, appointed as warden of San Quentin State Prison in September 2021, is substituted as Respondent in place of his predecessor wardens.  Fed. R. Civ. P. 25(d).

1

1    The Court, in order to ensure proper case management, directs that counsel for Petitioner file a report on the status of the state court proceedings by not later than 30 (thirty) days following the filed date of this order. The Court's noted prior orders continue in full force and effect.

IT IS SO ORDERED.

Dated:  **October 7, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE