UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ALLAN TOBIN,

Petitioner,

v.

JASON SCHULTZ, Warden of California State Prison, Sacramento,

Respondent.[1]

Case No. 1:18-cv-01375-JLT

DEATH PENALTY CASE

ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT

(30-Day Deadline)

A review of the record reflects that on December 3, 2021, the Court issued an order staying this 28 U.S.C. § 2254 proceeding and holding it in abeyance of state claim exhaustion. (Doc. 51 at 2; *see also* Doc. 56). The Court ordered Petitioner to inform it within 30 days of a decision by the state court on the exhaustion petition. (*Id.*). The record reflects that counsel for petitioner last updated the Court on the status of state proceedings on November 7, 2022. (Doc. 58).

///

///

///

[1] Petitioner is incarcerated at California State Prison, Sacramento (SAC) in the care and custody of Warden Jason Schultz. See https://ciris.mt.cdcr.ca.gov (last visited July 20, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Warden Schultz is substituted as respondent in place of his predecessor wardens.

Therefore, to ensure proper case management, the Court directs that counsel for petitioner file an updated report on the status of the state court proceedings **no later than 30 days** following service of this order.

IT IS SO ORDERED.

Dated: July 24, 2026

UNITED STATES DISTRICT JUDGE